No. 84–6988.   McGIFFEN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 84–6989.   ORNSBEY, A MINOR, BY HIS GUARDIAN AD LITEM, ORNSBEY, ET AL. v. CITY OF TULARE ET AL.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 84–6990.   CARRION v. NEW YORK CITY HEALTH AND HOSPITALS CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–6991.   HARRIS v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 84–6992.   HUNTER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–6995.   ROBINSON v. ENGLE, DEPUTY DIRECTOR, CORRECTIONAL PROGRAMS, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–6996.   OWENS v. BAER.   C. A. 2d Cir.   Certiorari denied.

No. 84–6998.   THOMAS v. MISSOURI.   Ct. App. Mo., Southern Dist.   Certiorari denied.

No. 84–6999.   REED v. OREGON WORKERS' COMPENSATION BOARD ET AL.   Sup. Ct. Ore.   Certiorari denied.

No. 84–7001.   HAYES ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–7004.   TATE v. COOKE, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 84–7007.   BROWN v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 85–2.   ALLEN v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 85–6.   ZUCKER ET AL. v. UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 85–7.   NAPOLITANO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.